1
2
3
4
5
6
7
8

**UNITED STATES DISTRICT COURT**

9

**CENTRAL DISTRICT OF CALIFORNIA**

10

11  MANUEL ANTONIO GONZALEZ, III,          Case No. CV 14-0107 PA (SS)

12              Petitioner,                **ORDER ACCEPTING FINDINGS,**

13      v.                                 **CONCLUSIONS AND RECOMMENDATIONS**

14  KIM HOLLAND, Warden,                   **OF UNITED STATES MAGISTRATE**

15              Respondent.                **JUDGE**

16

17       Pursuant to 28 U.S.C. § 636, the Court has reviewed the

18  Petition, all the records and files herein, the Report and

19  Recommendation of the United States Magistrate Judge, and

20  Petitioner's Objections.  After having made a <u>de novo</u>

21  determination of the portions of the Report and Recommendation to

22  which Objections were directed, the Court concurs with and

23  accepts the findings and conclusions of the Magistrate Judge.

24       **IT IS ORDERED** that the Petition is denied and Judgment shall

25  be entered dismissing this action without prejudice.

26  Petitioner's request in his Objections for a stay pending

27  permission from the Ninth Circuit to file a successive Petition

28  is DENIED.

1      **IT IS FURTHER ORDERED** that the Clerk serve copies of this

2 Order and the Judgment herein on Petitioner at his address of

3 record.

4

5      **LET JUDGMENT BE ENTERED ACCORDINGLY.**

6

7 DATED: July 26, 2014

8                                                 Percy Anderson

9                                         UNITED STATES DISTRICT JUDGE

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28