# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MANUEL ANTONIO GONZALEZ, III,<br><br>             Petitioner,<br><br>    v.<br><br>KIM HOLLAND, Warden,<br><br>             Respondent. | Case No. CV 14-0107 PA (SS)<br><br><br><br>**JUDGMENT** |

Pursuant to the Court's Order Accepting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS HEREBY ADJUDGED that the above-captioned action is dismissed without prejudice.

DATED: July 26, 2014

_____
Percy Anderson
UNITED STATES DISTRICT JUDGE